UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL ACTION NO. 12-10052-RGS

UNITED STATES OF AMERICA

v.

IGLI LEKA

ORDER ON DEFENDANT'S MOTION
TO REVOKE OR AMEND THE ORDER OF DETENTION
PENDING TRIAL

September 25, 2012

STEARNS, D.J.

Now having had the opportunity to review the opposition (with exhibits) filed on September 24, 2012, by the Government, as well as the defendant's memorandum, the transcript of the detention hearing before Magistrate Judge Sorokin, and the findings and reasoning underlying his decision to enter an order of detention, it will be affirmed. While I agree with the Magistrate Judge that the government's showing of a risk of flight is weak (although sufficient to satisfy the preponderance of the evidence standard when considered in the context of the prospective mandatary ten-year sentence), I also agree with his conclusion that the evidence of a risk to community safety, when combined with the statutory (in this case unrebutted) presumption, amply justifies

detention.[1]

## ORDER

The motion to amend or revoke the detention order is *DENIED*.

SO ORDERED.

/s/ Richard G. Stearns
_____
UNITED STATES DISTRICT JUDGE

---

[1] As did Magistrate Judge Sorokin, I give special weight to the amount of drugs distributed by the conspiracy of which Leka was a part, as well as the evidence of Leka's access to and use of firearms in connection with his criminal activity.